IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA TERESA CAVAZOS RODRIGUEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF PEDRO MARTINEZ HERNANDEZ, DECEASED AND AS NEXT FRIEND OF XX AND XX, MINOR CHILDREN; AND MONICA LIZBETH MARTINEZ CAVAZOS, <br><br>*Plaintiffs,* <br><br>vs. <br><br>NRG TRUCKING COMPANY, <br><br>*Defendant.* | §§§§§§§§§§§§§§§§§ | SA-22-CV-00657-JKP |

## ORDER

Before the Court in the above-styled cause of action is Plaintiffs' Unopposed Motion to Appoint Guardian Ad Litem [#25]. By their motion, Plaintiffs ask the Court to appoint Steven A. Lopez as a Guardian Ad Litem for the Minor Plaintiffs in this case to determine whether the proposed settlements are in their best interest. Rule 17(c) of the Federal Rules of Civil Procedure authorizes this Court to appoint a guardian *ad* litem to protect the interest of minor parties in federal court proceedings. Fed. R. Civ. P. 17(c). The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiffs' Unopposed Motion to Appoint Guardian Ad Litem [#25] is **GRANTED**.

**IT IS FURTHER ORDERED** that Steven A. Lopez is hereby appointed Guardian Ad Litem for the Minor Plaintiffs.

**IT IS FURTHER ORDERED** that Defendant NRG Trucking Company shall be responsible for paying all of the guardian ad litem's fees and expenses.

**IT IS FURTHER ORDERED** that the Clerk forward a copy of this Order to Steven A. Lopez at the following address:

> Steven Lopez
> Lopez Law Firm
> 4040 Broadway Street, Suite 240-181
> San Antonio, Texas 78209
> steven@lopezlawtx.com

**IT IS FURTHER ORDERED** that counsel for Plaintiffs and Defendant provide Steven A. Lopez with sufficient information whereby he can make an appropriate recommendation to this Court on the parties' settlement. The Guardian Ad Litem should file his recommendation **under seal** with the Court within **30 days** of this Order.

SIGNED this 29th day of March, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE