IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARIA TERESA CAVAZOS RODRIGUEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF PEDRO MARTINEZ HERNANDEZ, DECEASED AND AS NEXT FRIEND OF XX AND XX, MINOR CHILDREN; AND MONICA LIZBETH MARTINEZ CAVAZOS,<br><br>*Plaintiffs,*<br><br>vs.<br><br>NRG TRUCKING COMPANY,<br><br>*Defendant.* | SA-22-CV-00657-JKP |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned granted Plaintiffs' unopposed motion to appoint a guardian *ad litem* to represent the interests of the minor Plaintiffs in this case vis-à-vis the parties' settlement agreement. In their motion, Plaintiffs request a settlement hearing following receipt of the guardian *ad litem*'s report. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes, including the requested settlement hearing.

SIGNED this 29th day of March, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE